IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TARA WHITT, # 262993, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-487-ID |
| | ) | [WO] |
| | ) | |
| CYNTHIA S. WHEELER-WHITE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #10) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #10) of the Magistrate Judge is ADOPTED. The petition pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all state court remedies. A separate judgment shall issue.

Done this 31st day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE